SPACEPORT DIVISION OF MAGNA/FUN CO. v. BOARD OF ADJUSTMENT OF TOWNSHIP OF WOODBRIDGE.

April 26, 1976. Petition for certification denied.

MAHONY-TROAST CONSTRUCTION COMPANY v. BRICK TOWNSHIP MUNICIPAL AUTHORITY.

April 26, 1976. Petition for certification denied.

WILLIAM E. HILL v. JUDITH A. YASKIN.

March 22, 1976. Order denying petition for certification vacated. (See 136 *N. J. Super.* 264)

March 23, 1976. Petition for certification granted.

ELIZABETH WHITE v. VIOLENT CRIMES COMPENSATION BOARD.

April 1, 1976. Motion for leave to appeal is granted and the matter is remanded to the Violent Crimes Compensation Board for expansion of the record; such expanded record to be filed with the Appellate Division for consideration in connection with the appeal now pending before that court.

STATE OF NEW JERSEY v. VINCENT BASKERVILLE.

April 1, 1976. Motion for leave to appeal is granted. (See 139 *N. J. Super.* 389)